**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6160**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODNEY ALLEN HAYNES,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Charles H. Haden II,
Chief District Judge.  (CR-98-27, CA-00-962-2)

———————————

Submitted:  June 20, 2002          Decided:  June 26, 2002

———————————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert L. Abell, Lexington, Kentucky, for Appellant.  Michael Lee
Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West
Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Allen Haynes seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Haynes, Nos. CR-98-27; CA-00-962-2 (S.D.W. Va. Dec. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2